| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the:<br><br>_____EASTERN_____    District of ___ NEW YORK_____<br>                                              (State)<br>Case number (If known): _____ Chapter _11__ |

☐ Check if this is an amended filing

*U.S. BANKRUPTCY COURT CLERK*
*EASTERN DISTRICT OF NEW YORK*
*2025 MAY 12 A 11: 2*
*RECEIVED*

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  TANDEM ENTERPRISE LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    81-4338931

4. **Debtor's address**

   Principal place of business
   319 S Main Street
   Freeport, NY 11520
   _____
   Number Street  City State  & Zip Code
   **NASSAU**
   County

   Mailing address, if different from principal place of business
   317 S Main Street
   Freeport, NY 11520
   _____
   P.O. Box, Number Street  City State  & Zip Code

   Location of principal assets, if different from principal place of business
   _____
   Number    Street  City State  & Zip Code

5. **Debtor's website (URL)**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  TANDEM ENTERPRISE LLC                                  Case number (if known)_____
        Name

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . ___

   5313

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY
           District _____  When _____  Case number _____
                                            MM / DD / YYYY

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 2

Debtor ____TANDEM ENTERPRISE LLC_____    Case number (if known)_____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ When _____
                                                                                           MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                   Number      Street

_____
_____    _____  _____
City                                         State ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Debtor  ___TANDEM ENTERPRISE LLC          Case number (if known)_____
        Name

| 15. Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/09/2025_____

✗ _/s/ Alan Richartz_____          ALAN RICHARTZ
Signature of authorized representative of debtor      Printed name

Title Managing Member_____

**18. Signature of attorney**

✗ _____   Date _____
Signature of attorney for debtor                        MM  / DD  / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____      _____  _____
City                                   State   ZIP Code

_____      _____
Contact phone                          Email address

_____      _____
Bar number                             State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

**Fill in this information to identify the case:**

Debtor name   TANDEM ENTERPRISE LLC _____ United

States Bankruptcy Court for the:  _EASTERN_____ District of NEW YORK
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders             12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>Centralized Insolvency Op<br>P. O. Box 7346<br>Philadelphia, PA 19101 | | Notice Purposes | | | | Unknown |
| 2 | NYS Dept. of Tax. & Fin.<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | | Notice Purposes | | | | Unknown |
| 3 | NATIONAL GRID<br>PO BOX 371382<br>PITTSBURG, PA 15250-7382 | | Notice Purposes | | | | Unknown |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

**United States Bankruptcy Court**
Eastern District of New York

In re   **TANDEM ENTERPRISE LLC**                                      Case No. _____
                                       Debtor(s)                       Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **TANDEM ENTERPRISE LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**May 09, 2025**
Date

**ATTORNEY NAME**
Signature of Attorney or Litigant
Counsel for _____

CORPORATE RESOLUTION

OF

TANDEM ENTERPRISE, LLC

AUTHORIZING FILING OF BANKRUPTCY PETITION

    I, ALAN RICHARTZ , do hereby certify that this Resolution of the Board of Directors of TANDEN ENTERPRISE, LLC. ("the Company"), a corporation duly organized and existing under the laws of NEW YORK authorizing the Company to file a voluntary bankruptcy petition was adopted on 05/09/2025.

    **WHEREAS**, it is in the best interests of the Company, its creditors, and other interested parties for the Company to file a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

    **BE IT HEREBY RESOLVED** that the filing of a voluntary bankruptcy petition on the Company's behalf is authorized;

    **FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to execute all documents necessary for the Company to file a voluntary petition under chapter 11 of the Bankruptcy Code, including the voluntary petition and any schedules, lists, affidavits, certifications, or other required papers;

    **FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to file a voluntary bankruptcy petition Pro Se on the Company's behalf and to represent the Company during the bankruptcy case;

    **FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to retain such other professionals as he or she deems necessary and appropriate to represent, assist, or consult with the Company during the bankruptcy case;

    **FURTHER RESOLVED** that ALAN RICHARTZ, Managing Member is authorized to take any other actions necessary to accomplish the purpose of these resolutions; and

    **FURTHER RESOLVED** that all acts lawfully done by ALAN RICHARTZ, Managing Member to effectuate the intent of these resolutions are hereby ratified and approved.

Date: 05/09/2025

Signature

Name: ALAN RICHARTZ

Title: Managing Member

# United States Bankruptcy Court
## Eastern District of New York

In re  **TANDEM ENTERPRISE LLC** _____  Case No. _____

                                                  Debtor(s)                                          Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **TANDEM ENTERPRISE LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**MAY 09, 2025** _____
Date

**AHORNEY NAME** _____
Signature of Attorney or Litigant
Counsel for _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

**In Re:**
TANDEM ENTERPRISE LLC
317 S Main Street
Freeport, NY 11520

**Case No.**

**Chapter**

11

**Debtor(s)**

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: Central Islip, New York

_____
Debtor

_____
Joint Debtor

s/
_____
Attorney for Debtor

USBC-44

Rev. 11/15

BridgeWell Capital, LLC,
2400 Colonial Drive Ste 200
Orlando FL 32803

Internal Revenue Service
Centralized Insolvency Op
P.O. Box 7346 Philadelphia, PA 19101

NYS Dept. Of Tax & Fin. Bankruptcy Section
P.O. Box 5300
Albany, NY 112205